# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:18-mj-0055 |
| | : | |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| | : | |
| vs. | : | |
| | : | |
| SHAMAR DAKWAUN McQUATER, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |

---

## BINDOVER ORDER

---

This matter was set for preliminary examination on May 18, 2018. Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.


May 18, 2018                                  *s/Sharon L. Ovington*

_____                               _____

                                              Sharon L. Ovington

                                              United States Magistrate Judge